IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ESURANCE INSURANCE COMPANY                                    PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:08cv363HTW-LRA

SHANN MARTIN, TAMMY MARTIN, SHERRY WHITAKER,
STACEY THURMAN, TONI NEUMANN,
BLUE CROSS BLUE SHIELD OF ALABAMA,
BLUE CROSS BLUE SHIELD OF MISSISSIPPI,
ACS RECOVERY SERVICES, CIGNA HEALTH CARE
OF TENNESSEE, INC., METLIFE AUTO AND HOME
INSURANCE AGENCY, INC., ST. DOMINIC HOSPITAL,
RIVER REGION HEALTH SYSTEM, INC.,
AND MISSISSIPPI BAPTIST MEDICAL CENTER, INC.                  DEFENDANTS

## DEFAULT JUDGMENT

This action came on for hearing on the application of the plaintiff for a default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure, and defendant, River Region Health System, Inc., having been duly served with the summons and Complaint for Interpleader and Declaratory Relief and not being an infant or an incompetent person and having failed to plead or otherwise defend; and default having been duly entered by the clerk; defendant, River Region Health System, Inc., having taken no proceedings since such default was entered; the Court, having considered said motion and being fully advised in the premises, finds that said motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that default judgment is awarded against defendant, River Region Health System, Inc., and River Region Health System, Inc. shall take nothing in this action.

ORDERED AND ADJUDGED, this the 9th day of February, 2009.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

GEORGE E. ABDO, III - BAR # 9782
gabdo@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI  39215-1084
TELEPHONE: (601) 969-7607
FACSIMILE: (601) 969-1116

Civil Action No. 3:08-cv-363 HTW-LRA
Default Judgment against River Region Health System, Inc.